**MOTION GRANTED.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **LAURA SOSH-LIGHTSY,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 3:25-cv-01287 |
| ) | Judge Eli J. Richardson |
| **DR. SIDNEY McPHEE,** in his individual ) | Magistrate Judge Jeffery S. Frensley |
| capacity and in his official capacity as ) | |
| President of Middle Tennessee State ) | |
| University, and **DR. DANNY KELLEY,** in ) | |
| his individual capacity and in his official ) | |
| capacity as Interim Vice President for ) | |
| Student Affairs and Dean of Students of ) | |
| Middle Tennessee State University, ) | |
| ) | |
| *Defendants*. ) | |

## JOINT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE

Plaintiff Laura Sosh-Lightsy and Defendants Drs. Sidney McPhee and Danny Kelley, in their individual and official capacities, jointly move the Court to extend the time for Defendants to file a pleading in response to the Complaint, Dkt. No. 1. Plaintiff properly served Defendants in their individual capacities on November 21, 2025, and because Federal Rule of Civil Procedure 12 requires a defendant to file a responsive pleading within "21 days after" service, Defendants' response currently is due on or before December 12, 2025. However, the clerk's office has not yet issued summonses to Defendants in their official capacities.

The parties thus have conferred and agree that there is good cause to extend Defendants' response deadline to January 20, 2026. This proposed deadline is commensurate with the extension afforded under Fed. R. Civ. P. 4(d)(3) and will ensure orderly litigation of Plaintiff's individual- and official-capacity claims. This extension also will allow adequate time—particularly in light of

1

the upcoming holiday season—for Defendants to respond fully to Plaintiff's allegations. Moreover, this extension will not disrupt the initial case management conference currently scheduled for February 3, 2026. The parties thus respectfully request that the Court grant their joint motion and require that Defendants file any responsive pleading on or before January 20, 2026.

A proposed order accompanies this joint motion.

Respectfully submitted,

/s/Zachary Barker
Zachary L. Barker (TN #35933)
Senior Assistant Attorney General

Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
Zachary.Barker@ag.tn.gov

*Counsel for the Defendants in their individual and official capacities*

/s/ *Melody Fowler-Green*
Melody Fowler-Green (TN #023266)
/s/ *Charles P. Yezbak, III*
Charles P. Yezbak, III (TN #018965)
/s/ *N. Chase Teeples*
N. Chase Teeples (TN #032400)
YEZBAK LAW OFFICES PLLC
P.O. Box 159033
Nashville, TN 37215

Tel.: (615) 250-2000
Fax: (615) 250-2020

/s/ *Tess Medlin Heisserer*
Tess Medlin Heisserer (TN #037345)
EMPLOYLEGAL
611 Commerce St., Ste. 2611
Nashville, TN 37203
Tel.: (615) 854-9603
theisserer@forceforwork.com

*Counsel for Plaintiff Sosh-Lightsy*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 26th day of November, 2025 on all counsel of record.

                    */s/ Zachary Barker*
                    Zachary L. Barker (TN #35933)
                    Senior Assistant Attorney General

                    *Counsel for Defendants in their individual*
                    *and official capacities*