# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **LAURA SOSH-LIGHTSY,** <br><br> Plaintiff, <br><br> v. <br><br> **DR. SIDNEY McPHEE, in his individual capacity and in his official capacity as President of Middle Tennessee State University; and DR. DANNY KELLEY, in his individual capacity and in his official capacity as the Interim Vice President for Student Affairs and Dean of Students of Middle Tennessee State University,** <br><br> Defendants. | No. 3:25-cv-1287 <br><br><br> District Judge Richardson <br><br><br> Magistrate Judge Frensley <br><br><br> JURY DEMAND |

## JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

Plaintiff and Defendants, through counsel, hereby file this Joint Motion to Continue Initial Case Management Conference and Associated Deadlines ("Joint Motion"). The Parties respectfully request that this Court continue the initial case management conference ("ICMC"), currently scheduled for February 3, 2026, at 8:30 a.m., [Dkt. 7], and the associated deadlines, including the submission of a proposed initial case management order ("ICMO"), for approximately **60 days** to a date and time convenient for the Court.

In support of their Joint Motion, the Parties state as follows:

1. On November 18, 2025, this Court issued its Order setting the ICMC for February 3, 2026, at 8:30 a.m. [*Id.*] The Order of November 18 requires the Parties to prepare and to submit to the court a proposed ICMO three business days before the ICMC. [*Id.*]

2. Defendants filed their Motion to Dismiss on January 20, 2026, including a defense based on qualified immunity. [Dkt. 19–20.]

3. Plaintiff's counsel anticipate responding to the Motion to Dismiss by filing a First Amended Complaint ("FAC") within the period provided by the Federal Rules of Civil Procedure and/or any extension of time agreed to by the Parties and authorized by this Court.

4. Defendants' counsel anticipate responding to Plaintiff's FAC by renewing their Motion to Dismiss.

5. Considering the likelihood of the upcoming filings of both a FAC and a renewed Motion to Dismiss, the Parties submit to the Court that they will be in a better position to assess case-management needs after the filing of the FAC and the completion of briefing on the renewed Motion to Dismiss. Holding the ICMC later will therefore conserve scarce judicial resources and increase efficiency in the litigation of this matter.

For the reasons above, the Parties jointly and respectfully request that this Court continue the ICMC and its associated deadlines, including the submission of a proposed ICMO, for approximately **60 days** to a date and time convenient for the Court.

Dated: January 28, 2026					Respectfully submitted,

/s/ *N. Chase Teeples*
Melody Fowler-Green (TN #023266)
Charles P. Yezbak, III (TN #018965)
N. Chase Teeples (TN #032400)
YEZBAK LAW OFFICES PLLC
P.O. Box 159033
Nashville, TN 37215
Tel.: (615) 250-2000
Fax: (615) 250-2020
mel@yezbaklaw.com
yezbak@yezbaklaw.com
teeples@yezbaklaw.com

Tess Medlin Heisserer (TN #037345)
EMPLOYLEGAL
611 Commerce St., Ste. 2611
Nashville, TN 37203
Tel.: (615) 854-9603
theisserer@forceforwork.com

*Counsel for Plaintiff*


/s/ *Harrison Gray Kilgore*
HARRISON GRAY KILGORE, BPR# 041842
Senior Assistant Attorney General for Strategic Litigation
ZACHARY L. BARKER, BPR# 035933
Senior Assistant Attorney General
Constitutional Defense Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726
Harrison.Kilgore@ag.tn.gov
Zachary.Barker@ag.tn.gov

*Counsel for Defendants*

3

Case 3:25-cv-01287     Document 22     Filed 01/28/26     Page 3 of 3 PageID #: 111