IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LAURA SOSH-LIGHTSY, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 3:25-cv-01287 |
| DR. SIDNEY MCPHEE, in his individual capacity and in his official capacity as President of Middle Tennessee State University; DR. DANNY KELLEY, in his individual capacity and in his official capacity as the Interim Vice President for Student Affairs and Dean of Students of Middle Tennessee State University | ) Judge Eli J. Richardson ) Magistrate Judge Jeffery S. Frensley |
| *Defendants*. | ) |

**NOTICE OF WITHDRAWAL**

In accordance with L.R. 83.1(g), undersigned counsel Harrison Gray Kilgore respectfully notifies the Court that he is withdrawing as counsel for Defendants Dr. Sidney McPhee and Dr. Danny Kelley in their individual and respective official capacities because he is departing his employment at the Office of the Tennessee Attorney General and Reporter effective February 27, 2026 and will no longer be associated with this case. Defendants will continue to be represented by attorney of record Zachary Barker, who is an attorney with the Office of the Tennessee Attorney General and Reporter.

1

Date: February 26, 2026                                   Respectfully submitted,


                                                          */s/ Harrison Gray Kilgore*
                                                          HARRISON GRAY KILGORE, BPR# 041842
                                                          Senior Assistant Attorney General
                                                             for Strategic Litigation
                                                          Office of the Tennessee Attorney General
                                                          P.O. Box 20207
                                                          Nashville, Tennessee 37202
                                                          (615) 741-8726
                                                          Harrison.Kilgore@ag.tn.gov
                                                          Zachary.Barker@ag.tn.gov

                                                          *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 26th day of February, 2026 to all counsel of record.

| | |
|---|---|
| Charles P. Yezbak III<br>Melody Fowler-Green<br>N. Chase Teeples<br>Yezbak Law Offices PLLC<br>P.O. Box 159033<br>Nashville, TN 37215-9937<br>Phone: 615-250-2000<br>Fax: 615-250-2020<br>yezbak@yezbaklaw.com<br>mel@yezbaklaw.com<br>teeples@yezbaklaw.com<br><br>*Counsel for Plaintiff* | Tess Medlin Heisserer<br>EmployLegal<br>611 Commerce St<br>Suite 2611<br>Nashville, TN 37203<br>(615) 854-9603<br>theisserer@forceforwork.com<br><br>*Counsel for Plaintiff* |

                                                */s/ Harrison Gray Kilgore*
                                                HARRISON GRAY KILGORE
                                                Office of the Tennessee Attorney General
                                                P.O. Box 20207
                                                Nashville, Tennessee 37202
                                                Harrison.Kilgore@ag.tn.gov

                                                *Counsel for Defendants*