IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LAURA SOSH-LIGHTSY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:25-cv-01287 |
| | ) | |
| SIDNEY MCPHEE, ET AL., | ) | JUDGE RICHARDSON |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## <u>ORDER</u>

In light of the filing of the Amended Complaint (Doc. No. 24), which has become the operative complaint in this case, the Motion to Dismiss (Doc. No. 19) filed by Defendants, Sidney McPhee and Danny Kelley, is **DENIED** as moot.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE