# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| LAURA SOSH-LIGHTSY, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 3:25-cv-01287 |
| DR. SIDNEY A. MCPHEE, in his individual | ) | Judge Eli J. Richardson |
| capacity and in his official capacity as President | ) | Magistrate Judge Jeffery S. Frensley |
| of Middle Tennessee State University; DR. | ) | |
| DANNY KELLEY, in his individual capacity | ) | |
| and in his official capacity as the Interim Vice | ) | |
| President for Student Affairs and Dean of Stu- | ) | |
| dents of Middle Tennessee State University | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## DEFENDANTS' MOTION TO STAY DISCOVERY

Pursuant to Fed. R. Civ. P. 26(c) and (f), and Local Rule 16.01(g), Defendants Dr. Sidney McPhee and Dr. Danny Kelley ("Defendants")—in their individual capacities and in their respective official capacities as President of Middle Tennessee State University and Interim Vice President for Student Affairs and Dean of Students at Middle Tennessee State University—move to stay discovery, pending resolution of their Motion to Dismiss for failure to state a claim. For the reasons stated in the accompanying Memorandum of Law, Defendants submit that the interests of judicial economy and the parties' resources are best served by the requested stay. In accordance with Local Rule 7.01(a)(1), undersigned counsel has conferred with counsel for Plaintiff regarding the requested relief and has been advised that Plaintiff opposes the instant Motion.

1

Date: April 7, 2026

Respectfully submitted,

/s/ Jessica S. Berk
JESSICA S. BERK, BPR# 043649
  Assistant Attorney General
GARY DUNN, NY 5676317
  Acting Assistant Attorney General
ZACHARY L. BARKER, BPR# 035933
  Senior Assistant Attorney General
Constitutional Defense Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726
Jessica.Berk@ag.tn.gov
Gary.Dunn@ag.tn.gov
Zachary.Barker@ag.tn.gov

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 7th day of April, 2026 to all counsel of record.

Charles P. Yezbak III
Melody Fowler-Green
N. Chase Teeples
Yezbak Law Offices PLLC
P.O. Box 159033
Nashville, TN 37215-9937
Phone: 615-250-2000
Fax: 615-250-2020
yezbak@yezbaklaw.com
mel@yezbaklaw.com
teeples@yezbaklaw.com

*Counsel for Plaintiff*

Tess Medlin Heisserer
EmployLegal
611 Commerce St
Suite 2611
Nashville, TN 37203
(615) 854-9603
theisserer@forceforwork.com

*Counsel for Plaintiff*


*/s/ Jessica S. Berk*
JESSICA S. BERK
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
Jessica.Berk@ag.tn.gov

*Counsel for Defendants*

3