**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

LAURA SOSH-LIGHTSY,                  )
     Plaintiff(s)                           )
                                                   )
v.                                                    )       Case No. 3:25- cv-01287
                                                   )       Judge Richardson / Frensley
                                                   )
DR. SIDNEY MCPHEE, et al.,            )
     Defendant(s)                         )

## O R D E R

The Initial Case Management Conference set for April 10, 2026 at at 8:30 a.m. is hereby

CANCELLED pending briefing on the Motion to Stay (Docket No. 39).

**IT IS SO ORDERED.**

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge