**GRANTED.** The Clerk of Court is directed to file the Answer to Plaintiff's First Amended Complaint (Docket No. 48-1).

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **LAURA SOSH-LIGHTSY,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**Dr. SIDNEY McPHEE, in his individual capacity and in his official capacity as President of Middle Tennessee State University; and DR. DANNY KELLEY, in his individual capacity and in his official capacity as the Interim Vice President for Student Affairs and Dean of Students of Middle Tennessee State University,**<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. 3:25-cv-1287**<br>**Judge Richardson** |

**DEFENDANTS' UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT TO LATE-FILE ANSWER**

Pursuant to Fed. R. Civ. P. 6(b) and LR 6.01(a), Defendants Dr. Sidney McPhee and Dr. Danny Kelley—in their individual capacities and in their official capacities as the President and as the Interim Vice President for Student Affairs and Dean of Students, respectively, of Middle Tennessee State University ("MTSU")—move for leave to late-file their Answer to Plaintiff's First Amended Complaint ("Answer"). In seeking leave to late-file their Answer, Defendants have acted in good faith, the impact of the late-filed Answer in these proceedings is minimal, and Plaintiff would suffer no prejudice should the Court grant Defendants leave. Therefore, the Court should grant Defendants' motion for leave to late-file.

**PROCEDURAL BACKGROUND**

Defendants filed their Motion to Dismiss on February 24, 2026. Dkt. 27. The Court denied Defendants' motion to dismiss on August 12, 2026. Dkts. 45, 46. Plaintiff's counsel and